IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

JUPITER LLC and
INFINITY COAL SALES, LLC,
as agent for Jupiter LLC,

                Plaintiffs,

v.                                           CIVIL ACTION NO. 5:05-cv-00006

TXU PORTFOLIO MANAGEMENT
COMPANY and
TXU PORTFOLIO OPTIMIZATION
COMPANY, LLC,

                Defendants.

**MEMORANDUM OPINION AND ORDER**

      Pending before the court is the defendants' motion to amend the counterclaim. *Fed. R. Civ. P.* 15(a) permits amendment of a pleading after a responsive pleading has been filed "only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires." For good cause shown, the court **GRANTS** the defendants' motion for leave to amend the counterclaim.

      The court **DIRECTS** the Clerk to send a copy of this Written Opinion and Order to counsel of record and any unrepresented party.

ENTER: August 15, 2005

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE